**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:** Case No. _____

**Baskin, Michael Andrew** Chapter **13**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 19, 2010**      Signature: */s/ Michael Andrew Baskin*

**Michael Andrew Baskin**                                    Debtor

Date: _____      Signature: _____

Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Capital One, N.A.
C/O American Infosource, PO Box 54529
Oklahoma City, OK  73154


Capitalone
P.O. Box 71083
Charlotte, NC  28272


Capitalone
P.O. Box 30285
Salt Lake City, UT  84130


Chase
P.O. 78068
Phoenix, AZ  85062


Chase
P.O. Box 15548
Wilmington, DE  19886


Chase Manhattan Mortgage
Attention: Research Dept. G&-PP, 3415
Vision Drive
Columbus, OH  43219


Citibank
P.O. Box 6615
The Lakes, NV  88901


Citibank Stu
99 Gamsey Road
Pittsford, NY  14534


CitiMortgage Inc.
P.O. Box 688948
Des Moines, IA  50368

CitiMortgage Inc.
P.O. Box 689196
Des Moines, IA  50368


David M. Green, Esq.
44-46 Temple Place, 4th Floor
Boston, MA  02111


Dell Financial Services
Attn: Bankruptcy Department
P.O. Box 81577
Austin, TX  78708


Dilday & Associates
27 School Street
Boston, MA  02108


First National Bank Credit Card Center
Attn: Bankruptcy Department, 14010
First Nat. Bank Parkway Stop Code 8130
Omaha, NE  68154


John McNeil
16 Wellington Street
Braintree, MA  02184


Kaplan Career Institute
570 Rutherford Ave
Charlestown, MA  02129


Litton Loan Servicing
P.O. Box 4387
Houston, TX  77210

```
Mass Bay Credit Union
147 West 4th Street
South Boston, MA   02127


Michael Minnock
3 McGrath Avenue
Brockton, MA   02302


Ryan Dauwer
16 River Street
Middleton, MA   01949


SallieMae
Attn: Bankruptcy,
P.O. Box 9500
Wilkes-Barre, PA   18773


Sears
P.O. Box 6275
Sioux Falls, SD   57117


Sears
701 East 70th St N
Sioux Falls, SD   57117


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA   92799


Wfs Financial/Wachovia Dealer Services
PO Box 9500
Wilkes-Barre, PA   18773
```