**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Michael Andrew Baskin<br>Debtor, | Chapter: 13<br>Case No: 10–19013<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor Michael Andrew Baskin** was entered on 9/28/10 .

Date:10/12/10

By the Court,

Joan Dwyer
Deputy Clerk
617–748–5330

18

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: jmd                    Page 1 of 2                   Date Rcvd: Oct 12, 2010
Case: 10-19013                 Form ID: ntcdsm              Total Noticed: 39
```

The following entities were noticed by first class mail on Oct 14, 2010.
```
db          +Michael Andrew Baskin,    20 Hemlock Street,    Brockton, MA 02302-3818
aty         +Terrence L. Parker,    185 Alewife Brook Parkway,    Suite 404,    Cambridge, MA 02138-1104
tr          +Carolyn Bankowski-13,    Chapter 13 Trustee Boston,    P. O. Box 8250,    Boston, MA 02114-0950
smg         +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
              19 STANIFORD STREET,    Boston, MA 02114-2502
smg          MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA  02114-9564
smg         +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    BOSTON, MA 02210-3013
ust         +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
cr          +Ryan Dauwer, Snap-on Tools Franchisee,    16 River Street,    Middletown, MA 01949-2416
17740540    +American Student Assistance,    100 Cambridge Street,    Suite 1600,    Boston, MA 02114-2567
17696936     Capital One, N.A.,    C/O American Infosource, PO Box 54529,    Oklahoma City, OK  73154
17696939    +Chase,    P.O. 78068,    Phoenix, AZ 85062-8068
17696941     Chase Manhattan Mortgage,    Attention: Research Dept. G&-PP, 3415,    Vision Drive,
              Columbus, OH  43219
17696945    +CitiMortgage Inc.,    P.O. Box 689196,    Des Moines, IA 50368-9196
17696944    +CitiMortgage Inc.,    P.O. Box 688948,    Des Moines, IA 50368-8948
17719321    +Citibank NA as trustee for The SLC,    Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
              701 E 60th Street North,    Sioux Falls, SD 57104-0493
17696943     Citibank Stu,    99 Gamsey Road,    Pittsford, NY  14534
17696946     David M. Green, Esq.,    44-46 Temple Place, 4th Floor,    Boston, MA  02111
17714834     Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
              Greenville, SC 29603-0390
17696948    +Dilday & Associates,    27 School Street,    Boston, MA 02108-4633
17696949     First National Bank Credit Card Center,    Attn: Bankruptcy Department, 14010,
              First Nat. Bank Parkway Stop Code 8130,    Omaha, NE  68154
17740726    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
17696950    +John McNeil,    16 Wellington Street,    Braintree, MA 02184-2218
17696951    +Kaplan Career Institute,    570 Rutherford Ave,    Charlestown, MA 02129-1644
17696952    +Litton Loan Servicing,    P.O. Box 4387,    Houston, TX 77210-4387
17696953    +Mass Bay Credit Union,    147 West 4th Street,    South Boston, MA 02127-1815
17696954    +Michael Minnock,    3 McGrath Avenue,    Brockton, MA 02302-3823
17696955    +Ryan Dauwer,    16 River Street,    Middleton, MA 01949-2416
17739103    +Sallie Mae Trust,    c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
17696956    +SallieMae,    Attn: Bankruptcy,,    P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
17696957    +Sears,    P.O. Box 6275,    Sioux Falls, SD 57117-6275
17696958    +Sears,    701 East 70th St N,    Sioux Falls, SD 57108-8407
17696959   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA  92799)
17696960    +Wfs Financial/Wachovia Dealer Services,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
```

The following entities were noticed by electronic transmission on Oct 12, 2010.
```
17696937    +EDI: CAPITALONE.COM Oct 12 2010 19:53:00      Capitalone,    P.O. Box 71083,
              Charlotte, NC 28272-1083
17696938    +EDI: CAPITALONE.COM Oct 12 2010 19:53:00      Capitalone,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
17696940    +EDI: CHASE.COM Oct 12 2010 19:53:00      Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
17733803    +EDI: CAUT.COM Oct 12 2010 19:53:00      Chase Auto Finance,    201 N Central Ave,
              Phoenix AZ 85004-0073
17696942    +EDI: CITICORP.COM Oct 12 2010 19:53:00      Citibank,    P.O. Box 6615,    The Lakes, NV 88901-6615
17696947    +EDI: RCSDELL.COM Oct 12 2010 19:58:00      Dell Financial Services,    Attn: Bankruptcy Department,
              P.O. Box 81577,    Austin, TX 78708-1577
                                                                                               TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0101-1          User: jmd              Page 2 of 2            Date Rcvd: Oct 12, 2010
Case: 10-19013                Form ID: ntcdsm        Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2010**                     **Signature:** _/s/ Joseph Speetjens_